1  Cris C. Vaughan, Esq., SBN  99568
   VAUGHAN & ASSOCIATES
2  6207 South Walnut Street, Suite 800
   Loomis, CA  95650
3  Telephone:  916-660-9401
   Facsimile:  916-660-9378
4
   Attorney for Defendants, Jas Man Rhea Enterprises, Inc.;
5  Manjit Sandhu; Mohinder Sandhu Etal, LP dba Auburn Gas &
   Food
6
   Jason K. Singleton, Esq., SBN 166170
7  SINGLETON LAW GROUP
   611 "L" Street, Suite A
8  Eureka, CA  95501
   Telephone:  707-441-1177
9  Facsimile:  707-441-1533

10 Attorney for Plaintiff Joshua Lamark

11
                   **UNITED STATES DISTRICT COURT**
12
                   **EASTERN DISTRICT OF CALIFORNIA**
13

14                                       ) Case No.**2:11-cv-01406-MCE-EFB**
   Joshua Lamark,                        )
15                                       ) STIPULATION RE: EXTENSION OF
              Plaintiff,                 ) TIME UNTIL JULY 15, 2011 FOR
16                                       ) DEFENDANTS TO RESPOND TO
         vs.                             ) COMPLAINT; ORDER THEREON
17 Jas Man Rhea Enterprises, a           )
   California corporation, et al.,       )
18                                       )
              Defendants.                )
19                                       )
                                         )
20 ─────────────────────────────────────  )

21
         Pursuant to Local Rule 144, Plaintiff Joshua Lamark
22
   and Defendants, Jas Man Rhea Enterprises; Manjit Sandhu;
23
24 Mohinder Sandhu Etal, LP dba Auburn Gas & Food by and

25 through their respective attorneys of record, Jason K.

26 Singleton and Cris C. Vaughan, stipulate as follows:
27
28

                   STIPULATION RE: EXTENSION OF TIME - 1

1. No extension of time has been previously obtained.

2. These Defendants are granted an extension until July 15, 2011 to respond or otherwise plead to Plaintiff's complaint.

3. These Defendants' response will be due no later than July 15, 2011.

IT IS SO STIPULATED effective as of June 23, 2011.

Dated:   June 23, 2011                /s/ Cris C. Vaughan
                                      Cris C. Vaughan,
                                      Attorney for Defendants,
                                      Jas Man Rhea
                                      Enterprises; Manjit
                                      Sandhu; Mohinder Sandhu
                                      Etal, LP dba Auburn Gas
                                      & Food

Dated:   July 5, 2011                 /s/ Jason K. SIngleton
                                      Jason K. Singleton
                                      Attorney for Plaintiff,
                                      Joshua Lamark

**ORDER**

**IT IS SO ORDERED.**

DATE: July 7, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION RE: EXTENSION OF TIME - 2