**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, JOSHUA LAMARK**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LAMARK,<br><br>    Plaintiff,<br><br>v.<br><br>JAS MAN RHEA ENTERPRISES, a California corporation, MANJIT SANDHU, MOHINDER SANDHU ETAL,"LP", a California Limited Partnership, dba AUBURN GAS & FOOD, and DOES ONE to FIFTY, inclusive,<br><br>    Defendants. | Case No. 2:11-CV-1406 MCE EFB<br><br>STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT; ORDER THEREON |

In reviewing his file, Plaintiff's counsel discovered his staff had made a clerical error in preparing the Complaint filed in this matter, specifically, paragraph 4 which lists the barriers to access which Plaintiff encountered at the facility which is the subject of this action has incorrect information in it.  Plaintiff's counsel's office staff inadvertently inserted a list of access barriers from a report prepared by the access consultant for a different facility.

Plaintiff desires to file a First Amended Complaint to correct Paragraph 4 inserting the barriers to access encountered by Plaintiff at Auburn Gas & Food, the facility which is the subject of this action, a copy of which is attached hereto as Exhibit "A."

Defendant Jas Man Rhea Enterprises stipulates that Plaintiff may file the First Amended Complaint and that Defendant Jas Man Rhea Enterprises shall not be required to file an

answer to the First Amended Complaint, their Answer filed July 15, 2011, as Document 7 is accepted as responsive to the First Amended Complaint.

It is so stipulated.

**SINGLETON LAW GROUP**

Dated: August 31, 2011  /s/ Jason K. Singleton
Jason K. Singleton, Attorney for
Plaintiff, **JOSHUA LAMARK**

**VAUGHAN & ASSOCIATES**

Dated: August 24, 2011  /s/ Cris C. Vaughan
Cris C. Vaughan, Attorneys for
Defendant **JAS MAN RHEA ENTERPRISES**

## ORDER

Based on the foregoing stipulation and good cause appearing,

1. Plaintiff may file a First Amended Complaint.

2. Defendant JAS MAN RHEA ENTERPRISES shall not be required to file an Answer to the Amended Complaint, their Answer filed July 15, 2011, is accepted as responsive to the Amended Complaint.

IT IS SO ORDERED.

Dated: August 31, 2011

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE