UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSHUA LAMARK,  No. 2:11-cv-01406-MCE-EFB

    Plaintiff,

  v.  ORDER CONTINUING TRIAL

JAS MAN RHEA ENTERPRISED, ET AL.,

    Defendant.
_____/

    YOU ARE HEREBY NOTIFIED the September 9, 2013 jury trial is vacated and continued to **March 10, 2014**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **December 26, 2013.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the July 11, 2013 Final Pretrial Conference is vacated and continued to **January 9, 2014,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **December 19, 2013** and shall comply with the procedures outlined in the Court's September 7, 2011 Pretrial Scheduling Order.

///

1

The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **December 19, 2013.** Oppositions must be filed by **December 26, 2013** and any reply must be filed by **January 2, 2014.** The motions will be heard by the Court at the same time as the Final Pretrial Conference.

All other due dates set forth in the Court's Pretrial Scheduling Order are confirmed.

IT IS SO ORDERED.

Dated: October 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE