1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  JOSHUA LAMARK,                    No. 2:11-cv-01406-MCE-EFB

12          Plaintiff,

13     v.                             ORDER CONTINUING TRIAL

14  JAS MAN RHEA ENTERPRISED, ET
    AL.,
15
            Defendant.
16  _____/

17      YOU ARE HEREBY NOTIFIED the September 9, 2013 jury trial is

18  vacated and continued to **March 10, 2014,** at **9:00 a.m.** in

19  Courtroom 7.  The parties shall file trial briefs not later than

20  **December 26, 2013.**  Counsel are directed to Local Rule 285

21  regarding the content of trial briefs.

22      Accordingly, the July 11, 2013 Final Pretrial Conference is

23  vacated and continued to **January 9, 2014,** at **2:00 p.m.** in

24  Courtroom 7.  The Joint Final Pretrial Statement is due not later

25  than **December 19, 2013** and shall comply with the procedures

26  outlined in the Court's September 7, 2011 Pretrial Scheduling

27  Order.

28  ///

                              1

The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **December 19, 2013.**  Oppositions must be filed by **December 26, 2013** and any reply must be filed by **January 2, 2014.**  The motions will be heard by the Court at the same time as the Final Pretrial Conference.

All other due dates set forth in the Court's Pretrial Scheduling Order are confirmed.

IT IS SO ORDERED.

Dated: October 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2