1  **Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
2  **611 "L" Street, Suite A**
**Eureka, CA 95501**
3
4  **(707) 441-1177**
**FAX 441-1533**
5
6  Attorney for Plaintiff, JOSHUA LAMARK

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10  | | |
|---|---|
| JOSHUA LAMARK, | Case No. 2:11-CV-1406 MCE EFB |
| Plaintiff, | ORDER: STIPULATION OF DISMISSAL WITH PREJUDICE |
| v. | |
| JAS MAN RHEA ENTERPRISES, a California corporation, MANJIT SANDHU, MOHINDER SANDHU ETAL,"LP", a California Limited Partnership, dba AUBURN GAS & FOOD, and DOES ONE to FIFTY, inclusive, | |
| Defendants. | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1.   The action <u>LAMARK v. JAS MAN RHEA, et al.</u>, Case Number 2:11-CV-1406 MCE EFB, is dismissed with prejudice with each party to bear their own attorney fees and costs.  The Clerk will close the file.

Dated: November 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE